1  Robert J. Nelson (State Bar No. 132797)
   rnelson@lchb.com
2  Fabrice N. Vincent (State Bar No. 160780)
   fvincent@lchb.com
3  Jacob H. Polin (State Bar No. 311203)
   jpolin@lchb.com
4  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 29th Floor
5  San Francisco, CA  94111-3339
   Telephone:  415.956.1000
6  Facsimile:  415.956.1008

7  Judith Ann Pavey (admitted *pro hac vice*)
   jpavey@starnlaw.com
8  STARN O'TOOLE MARCUS & FISHER
   A Law Corporation
9  Pacific Guardian Center, Makai Tower
   733 Bishop Street, Suite 1900
10 Honolulu, HI 96813
   Telephone: 808.537.6100
11 Facsimile: 808.537. 5434

12 Alexandra L. Foote (State Bar No. 225695)
   LAW OFFICE OF ALEXANDRA L. FOOTE, P.C.
13 275 Battery Street, 29th Floor
   San Francisco, CA  94111-3339
14 Telephone:  786.408.8083
   Facsimile:  415.956.0561
15

16 *Attorneys for Plaintiff*
   *Water Sports Kauai, Inc.*

17                UNITED STATES DISTRICT COURT

18                NORTHERN DISTRICT OF CALIFORNIA

19                    SAN FRANCISCO DIVISION

| | |
|---|---|
| 20  Water Sports Kauai, Inc., a Hawaii corporation, dba Sand People, on behalf itself and all others similarly situated, | Case No. 20-cv-03750-WHO |
| 22              Plaintiffs, | **STIPULATION AND ORDER RE: SCHEDULING OF CASE MANAGEMENT CONFERENCE** |
| 23       v. | |
| 24  Fireman's Fund Insurance Company, a California corporation, National Surety Corporation, an Illinois Corporation, and Allianz Global Risks US Insurance Co, an Illinois Corporation, | |
| 27              Defendant. | |

1     The parties, having met and conferred, stipulate as follows:

2     Plaintiffs filed their original complaint in this action on June 5, 2020;

3     Defendants filed a motion to dismiss Plaintiffs' original complaint on August 17, 2020;

4     Plaintiffs' opposition to Defendants' motion to dismiss is currently due on August 31, 2020;

6     On August 27, 2020, Plaintiffs provided notice to Defendants of their intention to amend their Complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), and to file their amended complaint on or before September 11, 2020;

9     Plaintiffs shall file their amended complaint on or before September 11, 2020;

10    Defendants shall have until September 25, 2020 to answer or otherwise respond to Plaintiffs' amended complaint;

12    Should Defendants move to dismiss Plaintiffs' amended complaint, the Court shall hold a hearing on the motion(s) to dismiss, if any, on November 4, 2020 (or at the next hearing date convenient for the Court);

15    The Initial Case Management Conference previously scheduled for September 15, 2020 shall be heard at the same time as the time scheduled for the hearing on any motion(s) to dismiss, November 4, 2020 (or at the next hearing date convenient for the Court).

18    The parties have previously met and conferred pursuant to Rule of Civil Procedure 26(f) and also discussed all matters listed in the Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement, and shall file a case management statement in advance of the hearing/ rescheduled Initial Case Management Conference.

22    The above demonstrates the existence of good cause for the Court to order as follows:

23    1)  Defendants' motion to dismiss Plaintiffs' original complaint is deemed moot.

24    2)  Plaintiffs shall file an amended complaint on or before September 11, 2020;

25    3)  Defendants shall answer or otherwise respond to Plaintiffs' amended complaint by September 25, 2020;

27    4)  The Initial Case Management Conference previously scheduled for September 15, 2020 is vacated;

5) The Initial Case Management Conference, and the hearing on any motion(s) to dismiss Plaintiffs' amended complaint, shall take place on November 4, 2020 at 2:00 p.m.

Dated: August 31, 2020          So stipulated,

                                                           */s/ Robert J. Nelson*
Robert J. Nelson (State Bar No. 132797)
Fabrice N. Vincent (State Bar No. 160780)
Jacob H. Polin (State Bar No. 311203)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

*Attorneys for Plaintiff*

Dated: August 31, 2020

                                       */s/ John P. Phillips*
John P. Phillips
Gregory G. Sperla
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105

*Attorneys for Defendants*
FIREMAN'S FUND INSURANCE COMPANY,
NATIONAL SURETY CORPORATION, and
ALLIANZ GLOBAL RISKS INSURANCE CO.

*Pursuant to Civil Local Rule 5-1(i)(3), I, Robert J. Nelson, attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.*

                                                             */s/ Robert J. Nelson*
Robert J. Nelson (State Bar No. 132797)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

PURSUANT TO PARTIES' STIPULATION, IT IS SO ORDERED.

DATED: __August 31__, 2020          _____
WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Robert J. Nelson, hereby certify that on August 31, 2020, I caused to be electronically filed the above document and accompanying proposed orders with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

/s/            Robert J. Nelson