JOHN P. PHILLIPS (Bar No. CA-154412)
john.phillips@us.dlapiper.com
GREGORY G. SPERLA (Bar No. CA-278062)
greg.Sperla@us.dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street
Suite 2400
San Francisco, California 94105-2933
Tel:   415.836.2500
Fax:   415.836.2501

ROB HOFFMAN (admitted *pro hac vice*)
rob.hoffman@us.dlapiper.com
**DLA PIPER LLP (US)**
1900 N. Pearl St., Suite 2200
Dallas, Texas 75201-2482
Tel: 214.743.4530
Fax: 972.813.6271

Attorneys for Defendants
FIREMAN'S FUND INSURANCE COMPANY,
NATIONAL SURETY CORPORATION, and
ALLIANZ GLOBAL RISKS INSURANCE CO.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| Water Sports Kauai, Inc., a Hawaii corporation, dba Sand People, on behalf itself and all others similarly situated,<br><br>     Plaintiff,<br><br> v.<br><br>Fireman's Fund Insurance Company, a California corporation, National Surety Corporation, an Illinois Corporation, and Allianz Global Risks US Insurance Co., an Illinois Corporation,<br><br>     Defendants. | CASE NO. 3:20-CV-03750<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: June 5, 2020<br>FAC Filed: September 11, 2020 |

1  Pursuant to N.D. Cal. Civ. L.R. 6-2, Plaintiff Water Sports Kauai, Inc. ("Plaintiff") and
2 Defendants Fireman's Fund Insurance Company, National Surety Corporation and Allianz Global
3 Risks Insurance Company ("Defendants") stipulate and agree to extend the time for Defendants to
4 file their Reply in support of their Motion to Dismiss ("Motion") Plaintiff's First Amended
5 Complaint.
6  WHEREAS, Plaintiff filed its Complaint against Defendants in the United States District
7 Court, Northern District of California San Francisco Division, Case No. 3:20-CV-03750, on June
8 5, 2020;
9  WHEREAS, Plaintiff filed its First Amended Complaint ("FAC") against Defendants on
10 September 11, 2020;
11  WHEREAS, Defendants filed their Motion to Dismiss FAC on September 25, 2020;
12  WHEREAS, Plaintiff filed their Opposition to the Motion to Dismiss FAC on October 9,
13 2020;
14  WHEREAS, Defendants' Reply in further support of their Motion to Dismiss FAC is
15 currently due on October 16, 2020;
16  NOW, THEREFORE, the parties hereby stipulate and agree that Defendants' deadline to
17 file their Reply in support of their Motion to Dismiss Plaintiff's First Amended Complaint shall be
18 extended five business days to October 23, 2020.
19  **IT IS SO STIPULATED**.
20 Dated: October 13, 2020
21                                        DLA PIPER LLP (US)
22
23
                                          By: /s/ Greg Sperla
24                                            John P. Phillips
                                              Rob Hoffman (admitted *pro hac vice*)
25                                            Gregory G. Sperla
                                              Attorneys for Defendants
26                                            FIREMAN'S FUND INSURANCE COMPANY,
                                              NATIONAL SURETY CORPORATION, and
27                                            ALLIANZ GLOBAL RISKS INSURANCE CO.
28

Dated: October 13, 2020

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: /s/ Jacob Polin
    Robert J. Nelson

Robert J. Nelson
Fabrice N. Vincent
Jacob H. Polin
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

Judith Ann Pavey (to be admitted pro hac vice)
STARN O'TOOLE MARCUS & FISHER

Alexandra L. Foote
LAW OFFICE OF ALEXANDRA L. FOOTE, P.C.

Attorneys for Plaintiff
Water Sports Kauai, Inc.

### [PROPOSED] ORDER

Pursuant to the Parties' stipulation, the Court hereby orders as follows:

1. Defendants' deadline to file their Reply in support of their Motion to Dismiss Plaintiff's First Amended Complaint is extended to October 23, 2020.

2. The hearing on Defendants' Motion to Dismiss the Amended Complaint currently set for November 4, 2020 remains on calendar [is hereby rescheduled to November ____, 2020.]

**IT IS SO ORDERED.**

Dated: October 14, 2020

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Greg Sperla, attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: October 13, 2020

                          /s/ Greg Sperla
                          Greg Sperla
                          DLA Piper LLP (US)