UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WATER SPORTS KAUAI, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>FIREMAN'S FUND INSURANCE COMPANY, et al.,<br><br>  Defendants. | Case No. 20-cv-03750-WHO<br><br>**ORDER CLARIFYING ORDER ON MOTION TO DISMISS**<br><br>Re: Dkt. No. 55 |

Plaintiff seeks an order clarifying my November 9, 2020 Order Dismissing its First Amended Complaint or, in the alternative, leave to file a motion for reconsideration on whether plaintiff needs to plead a geographic nexus in support of its argument that Civil Authority coverage was triggered. Dkt. No. 55.

Plaintiff complains that in my November 9th Order I adopted an unsupported geographical nexus under the Civil Authority provision, requiring plaintiff to plead on amendment that a "specific *neighboring* property to a Sand People property *in Hawaii* had actual coronavirus exposure. . . ." 11/9/20 Order at 13 (emphasis added in part). In its opposition to the prior motion to dismiss, plaintiff did not address the geographical issue at all, nor did it directly address the host of federal district court opinions concluding for this and numerous *other* reasons that similarly worded Civil Authority coverages were not triggered based on governmental orders issued in response to the coronavirus pandemic.

Given that leave to amend that has been provided, plaintiff may reassert its Civil Authority coverage claim without necessarily pleading that a specific "neighboring" property suffered a direct physical loss. Plaintiff must, however, plead facts showing a "direct physical loss of or damage to" *identified* property – which its FAC failed to do – consistent with the definition and

scope of "direct physical loss" adopted in my November 9, 2020 Order.  If plaintiff files a Second Amended Complaint, defendants may challenge Civil Authority coverage for a lack of geographical nexus, if appropriate given the terms of the Policy at issue.

**IT IS SO ORDERED.**

Dated: November 24, 2020

William H. Orrick
United States District Judge