1  JOHN P. PHILLIPS (Bar No. CA-154412)
   john.phillips@us.dlapiper.com
2  GREGORY G. SPERLA (Bar No. CA-278062)
   greg.Sperla@us.dlapiper.com
3  **DLA PIPER LLP (US)**
   555 Mission Street
4  Suite 2400
   San Francisco, California 94105-2933
5  Tel:   415.836.2500
   Fax:   415.836.2501
6
   ROB HOFFMAN (admitted *pro hac vice*)
7  rob.hoffman@us.dlapiper.com
   **DLA PIPER LLP (US)**
8  1900 N. Pearl St., Suite 2200
   Dallas, Texas 75201-2482
9  Tel: 214.743.4530
   Fax: 972.813.6271
10
   Attorneys for Defendants
11 FIREMAN'S FUND INSURANCE COMPANY,
   NATIONAL SURETY CORPORATION, and
12 ALLIANZ GLOBAL RISKS INSURANCE CO.

13                **UNITED STATES DISTRICT COURT**

14                **NORTHERN DISTRICT OF CALIFORNIA**

15                          **SAN FRANCISCO**

| | |
|---|---|
| Water Sports Kauai, Inc., a Hawaii corporation, dba Sand People, on behalf itself and all others similarly situated,<br>　　　　　　Plaintiff,<br>　　v.<br>Fireman's Fund Insurance Company, a California corporation, National Surety Corporation, an Illinois Corporation, and Allianz Global Risks US Insurance Co., an Illinois Corporation,<br>　　　　　　Defendants. | CASE NO. 3:20-CV-03750<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER GRANTING ONE-DAY EXTENSION FOR DEFENDANTS TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Complaint Filed: June 5, 2020<br>SAC Filed: November 30, 2020 |

1  Pursuant to N.D. Cal. Civ. L.R. 6-2, Plaintiff Water Sports Kauai, Inc. ("Plaintiff") and
2 Defendants Fireman's Fund Insurance Company, National Surety Corporation and Allianz Global
3 Risks Insurance Company ("Defendants") stipulate and agree **to extend by one day** the time for
4 Defendants to file their Reply in support of their Motion to Dismiss ("Motion") Plaintiff's Second
5 Amended Complaint.

6  WHEREAS, Plaintiff filed its Second Amended Complaint ("SAC") against Defendants on
7 November 30, 2020;

8  WHEREAS, Defendants filed their Motion to Dismiss SAC on December 18, 2020;

9  WHEREAS, Plaintiff filed their Opposition to the Motion to Dismiss SAC on January 8,
10 2021;

11  WHEREAS, Defendants' Reply in further support of their Motion to Dismiss SAC is
12 currently due on January 18, 2021; and

13  WHEREAS, January 18, 2021 falls on Martin Luther King Day, a National Holiday, and
14 the Courts are closed.

15  NOW, THEREFORE, the parties hereby stipulate and agree that Defendants' deadline to
16 file their Reply in support of their Motion to Dismiss Plaintiff's Second Amended Complaint shall
17 be extended **one business day** to January 19, 2021.

18  **IT IS SO STIPULATED**.

19 Dated:  January 11, 2021

DLA PIPER LLP (US)

By: /s/ Greg Sperla
    John P. Phillips
    Rob Hoffman (admitted *pro hac vice*)
    Gregory G. Sperla
    Attorneys for Defendants
    FIREMAN'S FUND INSURANCE COMPANY,
    NATIONAL SURETY CORPORATION, and
    ALLIANZ GLOBAL RISKS INSURANCE CO.

Dated: January 11, 2021

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP


By: /s/ Jacob Polin
    Robert J. Nelson

    Robert J. Nelson
    Fabrice N. Vincent
    Jacob H. Polin
    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

    Judith Ann Pavey (admitted *pro hac vice*)
    STARN O'TOOLE MARCUS & FISHER

    Alexandra L. Foote
    LAW OFFICE OF ALEXANDRA L. FOOTE, P.C.

    Attorneys for Plaintiff
    Water Sports Kauai, Inc.

**[PROPOSED] ORDER**

Pursuant to the Parties' stipulation, the Court hereby orders as follows:

1. Defendants' deadline to file their Reply in support of their Motion to Dismiss Plaintiff's Second Amended Complaint is extended by one day to January 19, 2021.

**IT IS SO ORDERED.**

Dated: January 12, 2021

Honorable William H. Orrick
United States District Court Judge

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Greg Sperla, attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: January 11, 2021

        /s/ Greg Sperla
        Greg Sperla
        DLA Piper LLP (US)