UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WATER SPORTS KAUAI, INC.,<br><br>            Plaintiff,<br><br>   v.<br><br>FIREMAN'S FUND INSURANCE COMPANY, et al.,<br><br>           Defendants. | Case No. 20-cv-03750-WHO<br><br>**JUDGMENT** |

Judgment is hereby entered in accordance with the Court's Order Granting Motion to Dismiss Second Amended Complaint.

**IT IS SO ORDERED.**

Dated: January 31, 2021



William H. Orrick
United States District Judge