|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUN 8 2021 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

WATER SPORTS KAUAI, INC., DBA Sand People, a Hawaii corporation, on behalf itself and all others similarly situated,

    Plaintiff-Appellant,

v.

FIREMAN'S FUND INSURANCE COMPANY, a California corporation; et al.,

    Defendants-Appellees.

No.   21-15366

D.C. No. 3:20-cv-03750-WHO
Northern District of California,
San Francisco

ORDER

    Appellant's unopposed motion (Docket Entry No. 15) to stay appellate proceedings is granted in part.

    The previously established briefing schedule is vacated.

    Appellate proceedings are stayed until resolution of *Mudpie, Inc. v. Travelers Casualty Insurance Company of America*, No. 20-16858, or until further order of the court.

    Appellant shall file a status report on September 13, 2021, and every 90 days thereafter while *Mudpie, Inc. v. Travelers Casualty Insurance Company of America* is pending.

    Appellant shall notify the court by filing a status report within 7 days of the resolution of *Mudpie, Inc. v. Travelers Casualty Insurance Company of*

6-1-2021/Pro Mo

*America.*

Failure to file a status report may terminate the stay of appellate proceedings.

The briefing schedule will be reset in a future order.

Appellant's unopposed alternate motion (Docket Entry No. 16) for an extension of time to file the opening brief is denied as unnecessary.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Lorela Bragado-Sevillena
Deputy Clerk
Ninth Circuit Rule 27-7